Frank C. Amerpohl, Plaintiff-Appellee, v. Illinois Central Railroad Company, Defendant-Appellant.

Gen. No. 11,119.

Second District, Second Division.

May 8, 1958.

Released for publication May 26, 1958.

H. J. Deany and Welsh & Welsh (J. H. Wright, H. J. Deany, and John T. Holmstrom, Jr., of counsel) for appellant; Hyer, Gill & Brown and Robert J. Rafferty, for appellee, Frank C. Amerpohl. Opinion by PRESIDING JUSTICE CROW. Not to be published in full.